| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| FERNANDO SOSA-PINTOR | § |
| | § |
| *versus* | § CIVIL ACTION NO. 4:18CV253 |
| | § |
| UNITED STATES OF AMERICA | § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 9, 2018, the report of the Magistrate Judge [Dkt. 6] was entered containing proposed findings of fact and recommendations that Plaintiff Fernando Sosa-Pintor's ("Plaintiff") Motion for Return of Seized Property Pursuant to Federal Rule 41(g) and under 28 U.S.C. § 1331 ("Motion for Return of Property") [Dkt. 1] be **DENIED WITHOUT PREJUDICE**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Return of Property [Dkt. 1] is **DENIED WITHOUT PREJUDICE**. Petitioner may renew his request for return of property following the disposition of his appeal.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED at Plano, Texas, this 9th day of August, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE